UNITED STATES DISTRICT COURT
FOR THE Southern
DISTRICT OF California

**FILED**
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Kamal M. Ismaiel
Plaintiff

v.

Michael Chertoff et. al.
Defendant

Case No. '07 CV 2359 DMS POR
(to be filled in by Clerk)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Kamal M. Ismaiel, declare, depose, and say that I am the Petitioner in this case. In support of my motion to proceed without being required to prepay fees, costs or give security under 28 U.S.C. § 1915, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore. I believe I am entitled to redress.

I declare that the responses that I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer.

_____

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of the salary per month which you received and how long the employment lasted.

_____

3. Have you received, within the past twelve months, any money from any of the following sources?

  a. Business, profession or form of self-employment?   Yes ☐   No ☒
  b. Rent payments, interest or dividends?   Yes ☐   No ☒
  c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
  d. Gifts or inheritances?   Yes ☐   No ☒
  e. Family or friends?   Yes ☐   No ☒
  f. Any other sources?   Yes ☐   No ☒

If you answered yes to any of the questions above, describe each source of money and the amount received from each during the past 12 months.
_____
_____

4. Do you own any cash, or do you have money in a checking or savings account, including any funds in prison accounts?    Yes ☐    No ☒
If the answer is yes, state the total value owned. _____

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)? Yes ☐    No ☒
If the answer is yes, describe the property and state its approximate value. _____
_____

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.  My three Kids
_____

7. List any other debts (current obligations, indicating amounts owed and to whom they are payable).  N/A
_____

8. State any special financial circumstances that the court should consider in this application.  N/A
_____

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __December__, __2007__
              day            month           year

_____
Signature

**ATTACH PRISON CERTIFICATE AND TRUST ACCOUNT WITHDRAWAL AUTHORIZATION TO THE MOTION**

2

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exception to this requirement</u>

## D.H.S. / BICE CERTIFICATE
(Incarcerated applicants only)
(To be completed by institution of incarceration)

I certify that the applicant. __KAMAL MORSY ISMAIEL__
(NAME OF INMATE)

__A 43-103-167__
(ALIEN NUMBER)

has the sum of $ __Ø__ on account to his/her credit at __ECC/SPC__

__El Centro Service Processing Center (ECC/SPC)__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __Ø__

To his/her credit according to the record of the aforementioned institution. I further certify that during

the past six months the applicant's average monthly balance was $ __Ø__

And the average monthly deposits to the applicant's account was $ __Ø__

<u>ALL DETAINEES MUST ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX- MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U. S. C § 1915(a)</u>

__12/10/2007__
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Jorge Bribiesca__
OFFICER'S FULL NAME (PRINTED)

__SIEA / CPT.__
OFFICER'S TITLE/RANK