

1 Kamal Morsy Ismaiel
A# 43-103-167
2 U.S. Department of Homeland Security
El Centro Processing Center
3 1115 North Imperial Avenue
El Centro, CA 92243

# UNITED STATES DISTRICT COURT
# FOR
# THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL<br><br>[A# 43-103-167]<br><br>Petitioner,<br><br>Vs.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, MICHAEL MUKASEY, ATTORNEY GENERAL, ROBERT CULLEY, DEPUTY FIELD OFFICE DIRECTOR, SAN DIEGO / CALIFORNIA, U.S IMMIGRATION AND CUSTOM ENFORCEMENT, ROBERT C RILLAMAS- OFFICER – IN – CHARGE,<br><br>Respondents, | CIVIL ACTION NO:<br><br>'07 CV 2359 DMS POR<br><br>NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COUNSEL. |

PLEASE TAKE NOTICE that the petitioner, Kamal Morsy Ismaiel, will ask this Court to enter an order granting the motion listed below.

//

//

//

Kamal Morsy Ismaiel A# 43-103-167          {PAGE }          Motion to Appointment of Counsel

## MOTION

The petitioner, Kamal Morsy Ismaiel, pursuant to the United States Constitution, 18 U.S.C. § 3006 A, and all other applicable statutes, case law and local rules, hereby moves this court for an order appointment him counsel to assist him in his efforts to seek relief from his detention through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

This motion is based upon the instant notice of motion, the incorporated statement of facts and attached memorandum of points and authorities, and any and all other materials that may come to this court's attentions.

Respectfully Submitted,

Date: November 24, 2007

_____
Kamal Morsy Ismaiel