1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| KAMAL MORSY ISMAIEL,<br><br>                              Petitioner,<br><br>              vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                              Respondents. | Civil No.    07-2359 DMS (POR)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

16
17
18
19
20
21
22
23

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed in forma pauperis which reflects that he has no funds in his trust account at the facility in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

24

**IT IS SO ORDERED.**

DATED:    12-19-07

25

_____
Dana M. Sabraw
United States District Judge

26
27
28