# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL,<br><br>                      Petitioner,<br>vs.<br>MICHAEL CHERTOFF,<br><br>                      Respondent. | CASE NO. 07CV2359<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On December 17, 2007, Petitioner filed a petition for writ of habeas corpus. On December 19, 2007, the Court granted Petitioner's motion to proceed in forma pauperis. Defendant shall file a response on or before January 21, 2008. Any traverse shall be filed on or before January 28, 2008, at which time the matter will be taken under submission without oral argument.

**IT IS SO ORDERED.**

DATED: December 20, 2007

_____
HON. DANA M. SABRAW
United States District Judge