# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL,<br><br>                                 Petitioner,<br>    vs.<br>MICHAEL CHERTOFF,<br><br>                                 Respondent. | CASE NO. 07CV2359<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

      On December 17, 2007, Petitioner filed a petition for writ of habeas corpus together with a motion to proceed in forma pauperis and a motion for appointment of counsel. On December 19, 2007, the Court granted Petitioner's motion to proceed in forma pauperis. The Court now addresses Petitioner's request for appointed counsel. After careful consideration of the factors discussed below, the Court denies the motion for appointment of counsel.

      Under 18 U.S.C. § 3006A(a)(2), the district court may appoint counsel for financially eligible petitioners seeking relief under 28 U.S.C. § 2241 when the interests of justice so require. The court considers whether there is a likelihood of success on the merits of the petition and whether the unrepresented petitioner has the ability to articulate his claims in light of the complexity of the issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). In this case, the interests of justice do not require appointment of counsel. Petitioner's motion is DENIED without prejudice.

/ / /

/ / /

1  **IT IS SO ORDERED.**

3  DATED: January 7, 2008

_____
HON. DANA M. SABRAW
United States District Judge