Kamal Morsy Ismaiel
A43-103-167
1115 North Imperial Avenue
El Centro, CA 92243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS




DMS



NIXIE     923    DE 1       00   01/05/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 9210189296        *0304-01163-22-04



$00.410

# Orders on Motions

3:07-cv-02359-DMS-POR Ismaiel v. Chertoff et al

## U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 12/20/2007 at 10:19 AM PST and filed on 12/19/2007
**Case Name:**         Ismaiel v. Chertoff et al
**Case Number:**       3:07-cv-2359
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER granting Application to Proceed in Forma Pauperis re [2] Motion.Signed by Judge Dana M. Sabraw on 12/19/07. (lao)


**3:07-cv-2359 Notice has been electronically mailed to:**
U S Attorney CV Efile.dkt.civ@usdoj.gov

**3:07-cv-2359 Notice has been delivered by other means to:**

Kamal Morsy Ismaiel
A43-103-167
1115 North Imperial Avenue
El Centro, CA 92243

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=12/20/2007] [FileNumber=2331670-
0] [7ec050cbd3dbb960143e695e6975995d25166e468ccb731cf888644aac7495a3df
00b968ba8f8b11055b238ab9da7c35b8d37b5a53d98ea8574b57b33856e7c5]]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL,<br><br>                   Petitioner,<br><br>vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                  Respondents. | Civil No.   07-2359 DMS (POR)<br><br>**ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS** |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed in forma pauperis which reflects that he has no funds in his trust account at the facility in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

DATED: _12-19-07_

                                        Dana M. Sabraw
                                  United States District Judge