Kamal Morsy Ismaiel
A43-103-167
1115 North Imperial Avenue
El Centro, CA 92243

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

NIXIE    923  DC 1          00  12/31/07
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 92101892965       *0104-02305-21-41

## Other Orders/Judgments
3:07-cv-02359-DMS-POR Ismaiel v. Chertoff et al

## U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 12/20/2007 at 2:08 PM PST and filed on 12/20/2007
**Case Name:**        Ismaiel v. Chertoff et al
**Case Number:**      3:07-cv-2359
**Filer:**
**Document Number:** 5

**Docket Text:**
Order Setting Briefing Schedule. Defendant shall file a response on or before 1/21/2008. Any Traverse shall be filed on or before 1/28/2008, at which time the matter will be taken under submission without oral argument. Signed by Judge Dana M. Sabraw on 12/20/07. (lao)


**3:07-cv-2359 Notice has been electronically mailed to:**
U S Attorney CV  Efile.dkt.civ@usdoj.gov

**3:07-cv-2359 Notice has been delivered by other means to:**

Kamal Morsy Ismaiel
A43-103-167
1115 North Imperial Avenue
El Centro, CA 92243

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=12/20/2007] [FileNumber=2332481-0] [2eb712c73a36d671422ae6a47ffb46e3284e334edd86256fedecd16123eb659165 1017f1e64eaa9523d2eba2c639352b3ffcdc977a2371895325c25fd0436ea7]]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL,<br><br>　　　　　　　　　Petitioner,<br>vs.<br>MICHAEL CHERTOFF,<br><br>　　　　　　　　　Respondent. | CASE NO. 07CV2359<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On December 17, 2007, Petitioner filed a petition for writ of habeas corpus. On December 19, 2007, the Court granted Petitioner's motion to proceed in forma pauperis. Defendant shall file a response on or before January 21, 2008. Any traverse shall be filed on or before January 28, 2008, at which time the matter will be taken under submission without oral argument.

**IT IS SO ORDERED.**

DATED: December 20, 2007

　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　United States District Judge