KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAMAL MORSY ISMAIEL, | ) | Case No. 07 cv 2359 DMS (POR) |
| | ) | |
| Petitioner, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

1

2  Please call me if you have any questions about this notice.

3

    Dated:    January 22, 2008                    Respectfully submitted,

4
                                                  KAREN P. HEWITT
5                                                 United States Attorney

6
                                                  s/ Raven M. Norris
7                                                 RAVEN M. NORRIS
                                                  Assistant U.S. Attorney
8                                                 Attorneys for Respondents
                                                  Email: Raven.Norris@usdoj.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL,         ) | Civil No. 07 cv 2359 DMS (POR) |
|                ) | |
|          Petitioner,   ) | CERTIFICATE OF SERVICE |
|    v.           ) | |
|                ) | |
| MICHAEL CHERTOFF,  et al.,   ) | |
|                ) | |
|          Respondents.   ) | |
| _____) | |

IT IS HEREBY CERTIFIED THAT:

    I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of the NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    None

    I hereby certify that I have caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

    Kamal Morsy Ismaiel
    A43-103-167
    ICE El Centro Detention Center
    1115 N. Imperial Ave.
    El Centro, CA 92243

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 22, 2008

           s/ Raven M. Norris
          RAVEN M. NORRIS

07CV2359