KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL,<br><br>                    Petitioner,<br><br>         v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>                    Respondents. | Case No. 07 cv 2359-DMS (POR)<br><br>GOVERNMENT'S RETURN: NOTICE OF REMOVAL |

Petitioner, an alien under a final order of removal, has filed a Petition for a Writ of Habeas Corpus seeking release from the Department of Homeland Security custody pending a petition for review of his Final Removal order at the Ninth Circuit. Petitioner contends in his Petition that his removal is not likely in the reasonably foreseeable future given his pending petitions before the Ninth Circuit. However, the Ninth Circuit has denied both of his petitions for review, and Petitioner has been repatriated to his home country Egypt. See Exhibit A, Declaration of Raven M. Norris; Exhibit B, Custody Summary Sheet; Exhibit C, Warrant of Removal. Therefore, because removal has been effected and Petitioner is no longer in Respondents' custody, the Petition should be dismissed as moot.

Dated: January 22, 2008              Respectfully submitted,

                                     KAREN P. HEWITT
                                     United States Attorney

                                     /s Raven M. Norris
                                     RAVEN M. NORRIS
                                     Assistant U.S. Attorney
                                     Attorneys for Respondents
                                     Email: Raven.Norris@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL, | Civil No. 07 cv 2359 DMS (POR) |
| Petitioner, | CERTIFICATE OF SERVICE |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's Return on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None

I hereby certify that I have caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Kamal Morsy Ismaiel
A43-103-167
ICE El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2008

      s/ Raven M. Norris
      RAVEN M. NORRIS

Government's Return      2      07cv2359