1   KAREN P. HEWITT
    United States Attorney
2   RAVEN M. NORRIS
    Assistant U.S. Attorney
3   California State Bar No.  232868
    880 Front Street, Room 6293
4   San Diego, California 92101-8893
    Telephone: (619) 557-7157
5
    Attorneys for the Respondents
6

7
                    UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9
    KAMAL MORSY ISMAIEL,              )      Civil No. 07 cv 2359-DMS (POR)
10                                    )
                      Petitioner,     )          EXHIBIT A
11                                    )
           v.                         )
12                                    )
    MICHAEL  CHERTOFF,  Secretary  of  the)
13  Department  of  Homeland  Security, et al.,)
                                      )
14                    Respondents.    )
    _____ )
15

16

17

18                                 EXHIBIT A

19

20

21

22

23

24

25

26

27

28

1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No.  232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7157
5
   Attorneys for the Respondents
6

7
                        UNITED STATES DISTRICT COURT
8
                     SOUTHERN DISTRICT OF CALIFORNIA
9
   KAMAL MORSY ISMAIEL,            )      Civil No. 07 cv 2359-DMS (POR)
10                                 )
                   Petitioner,     )      EXHIBIT A:
11                                 )      DECLARATION OF RAVEN M. NORRIS
          v.                       )
12                                 )
   MICHAEL CHERTOFF, Secretary of the)
13 Department of Homeland Security, et al.,)
                                   )
14                 Respondents.    )
   _____)
15 I, Raven M. Norris, declare and state as follows:

16       1.     I am employed by the United States Attorney's Office, Southern District of California,

17 as an Assistant United States Attorney.  My current employment address is 880 Front Street, Room

18 6293, San Diego, California, 92101.  I am the attorney assigned to the above-captioned matter.

19       2.     On January 21, 2008, I contacted the Department of Homeland Security ("DHS") to

20 determine the custody status of the Petitioner in the above-captioned matter.  DHS Officer Miguel

21 Munoz informed me that Petitioner had been removed to his home country, Egypt.

22       3.     Officer Munoz provided me with the computer print-out, of which a true and correct copy

23 is attached as Exhibit B, that shows that Petitioner was released from DHS custody on

24 December 17, 2007.  Officer Munoz also provided me with a warrant of removal, of which a true and

25 correct copy is attached as Exhibit C, that shows Petitioner was removed on December 17, 2007.

26       Signed this 22nd day of January, 2008, in San Diego, California.

27                                        s/Raven M. Norris____
                                          RAVEN M. NORRIS
28

1    KAREN P. HEWITT
     United States Attorney
2    RAVEN M. NORRIS
     Assistant U.S. Attorney
3    California State Bar No. 232868
     880 Front Street, Room 6293
4    San Diego, California 92101-8893
     Telephone: (619) 557-7157
5
     Attorneys for the Respondents
6

7

8               UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KAMAL MORSY ISMAIEL, ) | Civil No. 07 cv 2359-DMS (POR) |
| ) | |
| Petitioner, ) | EXHIBIT B |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary of the) | |
| Department of Homeland Security, et al.,) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

EXHIBIT B

Case 3:07-cv-02359-DMS-POR     Document 10-2     Filed 01/22/2008     Page 4 of 7

X409A                           DACS CUSTODY SUMMARY INQUIRY                    DATE: 01/21/2008
                                                                               TIME: 13:17:27

NUM: 043103167          LAST NAME: ISMAIEL
DCO: ECC                FIRST NAME: KAMAL MORSY                    NATLTY: EGYPT

          CHG-DOC-ISSUED: 06/29/2006        DATE-WA-ISSUED: 07/13/2006
          CHG-DOC-SERVED: 07/13/2006        DATE-WA-SERVED: 07/13/2006
                                            CONSUL-NOTIF:

          BOND-AMT-REQUIRED:                BOND-TERM-STATUS:
          BOND-AMT-POSTED:                  DATE-BOND-POSTED:

          STAT-RECOG-SUPER:                 DATE-STATUS-RECOG-SUPER:

          DET-LOC-ID: ECC                   DATE-BOOKED-IN: 04/04/2007
          DATE-RELEASED: 12/17/2007         RELEASED-TO: DEP

          DATE-ENTERED:  04/04/2007         VR-USM:
          DET-FAC-TYPE:  INS                DET-DCO: ECC

                                                              PF7 - DET LOC ID LIST
                          COMMAND: CUST      A-NUM: 043103167
NO BOND DATA                    FIRST PAGE OF DATA

DAXLO21                    DACS CASE CLOSURE LOOK SCREEN              DATE: 01/21/2008
                                                                     TIME: 13:17:52


             A-NUM : 043103167          LAST-NAME : ISMAIEL
             NATLTY: EGYPT              FIRST-NAME: KAMAL MORSY

     DATE-DOCKET-CLEARED: 12/26/2007        DEPART-CLEARED-STAT: 6

        TRANSFER-TO-DCO:                    DATE-DOCKET-TRANSFER:

        DATE-DEPARTED: 12/17/2007              PORT-DEPARTED: LOS

     DEPART-COUNTRY: EGYPT        FINAL-CHARGE: R2A3     EXPENSE-CODE: 1




HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No.  232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7157
5
   Attorneys for the Respondents
6

7                        UNITED STATES DISTRICT COURT

8                       SOUTHERN DISTRICT OF CALIFORNIA

9
   KAMAL MORSY ISMAIEL,              )      Civil No. 07 cv 2359-DMS (POR)
10                                   )
                 Petitioner,         )      EXHIBIT C
11                                   )
         v.                          )
12                                   )
   MICHAEL  CHERTOFF, Secretary of the)
13 Department of Homeland Security, et al.,)
                                     )
14               Respondents.        )
   _____)

15

16

17

18                             EXHIBIT C

19

20

21

22

23

24

25

26

27

28

To be completed by Service officer executing the warrant:

Name of alien being removed:

### ISMAIEL, KAMAL MORSY

Port, date, and manner of removal : _JFK, 12/17/07, via Air MS#98K_



Photograph of alien
removed



Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and titile of ICE official taking fingerprint)

**Departure witnessed by:** _____
(Signature and title of ICE official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

If self - removal (self - deportation), pursuant to 8 CFR 241.7, check here. ☐

**Departure Verified by:** _____
(Signature and title of ICE official)

Form I-205 (Rev. 4-1-97)N