Returned Mail
No forwarding address
Excess pages discarded
Date_____ 1/22/0[6]

Kamal Morsy Ismaiel
A43-103-167
1115 North Imperial Avenue
El Centro, CA 92243

07cv2359·DMS·POR

# Orders on Motions
## 3:07-cv-02359-DMS-POR Ismaiel v. Chertoff et al

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 1/7/2008 at 11:07 AM PST and filed on 1/7/2008

**Case Name:**      Ismaiel v. Chertoff et al
**Case Number:**    3:07-cv-2359
**Filer:**
**Document Number:** 6

**Docket Text:**
ORDER denying Motion for Appointment of Counsel [3] without prejudice. Signed by Judge Dana M. Sabraw on 1/7/08. (lao)

**3:07-cv-2359 Notice has been electronically mailed to:**
U S Attorney CV Efile.dkt.civ@usdoj.gov

**3:07-cv-2359 Notice has been delivered by other means to:**

Kamal Morsy Ismaiel
A43-103-167
1115 North Imperial Avenue
El Centro, CA 92243

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=1/7/2008] [FileNumber=2350137-0]
[697c9a694d8fd8e6d8f1dbb53dbcabd3489081fdf0e703fbbfa1d4238f22eab9ec90
248c38db5aee12c575a20c2f859e0903a2200b4b47e3ca3fb4c16cf962aa]]



1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11    KAMAL MORSY ISMAIEL,                          CASE NO. 07CV2359
12                                Petitioner,       **ORDER DENYING MOTION FOR**
          vs.                                       **APPOINTMENT OF COUNSEL**
13    MICHAEL CHERTOFF,
14                                Respondent.
15

16          On December 17, 2007, Petitioner filed a petition for writ of habeas corpus together with a
17    motion to proceed in forma pauperis and a motion for appointment of counsel. On December 19, 2007,
18    the Court granted Petitioner's motion to proceed in forma pauperis. The Court now addresses
19    Petitioner's request for appointed counsel. After careful consideration of the factors discussed below,
20    the Court denies the motion for appointment of counsel.
21          Under 18 U.S.C. § 3006A(a)(2), the district court may appoint counsel for financially eligible
22    petitioners seeking relief under 28 U.S.C. § 2241 when the interests of justice so require. The court
23    considers whether there is a likelihood of success on the merits of the petition and whether the
24    unrepresented petitioner has the ability to articulate his claims in light of the complexity of the issues
25    presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). In this case, the interests of justice
26    do not require appointment of counsel. Petitioner's motion is DENIED without prejudice.
27    / / /
28    / / /

                                            - 1 -                                    07CV2359

1    **IT IS SO ORDERED.**

2

3    DATED:  January 7, 2008

4                                                    _____

5                                                    HON. DANA M. SABRAW
                                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS

049J62045251
$00.334-
01/08/2008
Mailed From 92101
US POSTAGE

NIXIE    923    9E 1    30 01/18/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92101892965    *1977-11799-18-43