# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL,<br><br>            Petitioner,<br>vs.<br>MICHAEL CHERTOFF,<br><br>            Respondent. | CASE NO. 07CV2359<br><br>**ORDER DENYING PETITION FOR HABEAS CORPUS** |

On December 17, 2007, Petitioner, an alien under a final order of removal, filed a petition for writ of habeas corpus seeking release from the Department of Homeland Security Custody pending a decision by the Ninth Circuit Court of Appeals on two petitions for review. (Case Nos. 07-70706, 07-71038). The Ninth Circuit has denied his petitions for review, and Petitioner has since been repatriated to Egypt. (Gov. Exh. A). The instant Petition is therefore denied as moot.

**IT IS SO ORDERED.**

DATED: February 6, 2008

_____
HON. DANA M. SABRAW
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28