# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Kamal Morsy Ismaiel

V.

Michael Chertoff, Secretary of the Department of Homeland Security; Michael Mukasey, Attorney General; Robert Culley, Deputy Field Office Director, San Diego/California, U.S. Immigration and Custom Enforcement; Robert G Rillamas, Officer-in-Charge, El Centro Detention Center

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 07cv2359-DMS-POR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Ninth Circuit has denied Petitioner Kamal Morsy Ismaiels' petitions for review, and Petitioner has since been repatriated to Egypt. The Petition for writ of habeas corpus is therefore denied as moot.

| February 6, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L Odierno
(By) Deputy Clerk

ENTERED ON February 6, 2008