Kamal Morsy Ismaiel
A43-103-167
1115 North Imperial Avenue
El Centro, CA 92243

Returned Mail
No forwarding address
Excess pages discarded
Date 2/21/08

07cv2359

# Other Orders/Judgments

3:07-cv-02359-DMS-POR Ismaiel v. Chertoff et al

## U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 2/6/2008 at 10:17 AM PST and filed on 2/6/2008
**Case Name:**       Ismaiel v. Chertoff et al
**Case Number:**   3:07-cv-2359
**Filer:**
**Document Number:** 12

**Docket Text:**
ORDER Denying Petition for Habeas Corpus. The Petition for writ of habeas corpus is denied as moot. Signed by Judge Dana M. Sabraw on 2/6/08. (lao)

**3:07-cv-2359 Notice has been electronically mailed to:**
U S Attorney CV   Efile.dkt.civ@usdoj.gov
Raven M Norris   raven.norris@usdoj.gov, Ana.Strutton@usdoj.gov, efile.dkt.civ@usdoj.gov, pamela.bradley@usdoj.gov

**3:07-cv-2359 Notice has been delivered by other means to:**

Kamal Morsy Ismaiel
A43-103-167
1115 North Imperial Avenue
El Centro, CA 92243

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=2/6/2008] [FileNumber=2405173-0]
[a4a2bc8277c4f11f3b41e2061f10d11225ef751dc5b3f6986bb8f41a8a29ae0322fc
ea73ef3a45d4454d37c7e1cef3f452f5c1688c6106e892ce0e73181a5b15]]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MORSY ISMAIEL,<br><br>　　　　　　　　　　　Petitioner,<br>vs.<br>MICHAEL CHERTOFF,<br><br>　　　　　　　　　　　Respondent. | CASE NO. 07CV2359<br><br>**ORDER DENYING PETITION<br>FOR HABEAS CORPUS** |

On December 17, 2007, Petitioner, an alien under a final order of removal, filed a petition for writ of habeas corpus seeking release from the Department of Homeland Security Custody pending a decision by the Ninth Circuit Court of Appeals on two petitions for review. (Case Nos. 07-70706, 07-71038). The Ninth Circuit has denied his petitions for review, and Petitioner has since been repatriated to Egypt. (Gov. Exh. A). The instant Petition is therefore denied as moot.

**IT IS SO ORDERED.**

DATED: February 6, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Other Orders/Judgments

3:07-cv-02359-DMS-POR Ismaiel v. Chertoff et al

# U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 2/6/2008 at 10:22 AM PST and filed on 2/6/2008
**Case Name:**      Ismaiel v. Chertoff et al
**Case Number:**    3:07-cv-2359
**Filer:**
**WARNING: CASE CLOSED on 02/06/2008**
**Document Number:** 13

**Docket Text:**
CLERK'S JUDGMENT in favor of Michael Chertoff, Michael Mukasey, Robert Culley, Robert G Rillamas against Kamal Morsy Ismaiel. IT IS SO ORDERED AND ADJUDGED that the Ninth Circuit has denied Petitioner Kamal Morsy Ismaiels' petitions for review, and Petitioner has since been repatriated to Egypt. The Petition for writ of habeas corpus is therefore denied as moot.(lao)


**3:07-cv-2359 Notice has been electronically mailed to:**
U S Attorney CV Efile.dkt.civ@usdoj.gov
Raven M Norris raven.norris@usdoj.gov, Ana.Strutton@usdoj.gov, efile.dkt.civ@usdoj.gov, pamela.bradley@usdoj.gov

**3:07-cv-2359 Notice has been delivered by other means to:**

Kamal Morsy Ismaiel
A43-103-167
1115 North Imperial Avenue
El Centro, CA 92243

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=2/6/2008] [FileNumber=2405239-0]
[05912dae9bfb7674974d8b7bf7cddcbc3a27515456a2a5066ef29d345258852dc7a4
5b1768fb3296b70f48bb05f73ac46312982e4d83001163b5612d0b9f08e4]]

AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kamal Morsy Ismaiel

V.

Michael Chertoff, Secretary of the Department of Homeland Security; Michael Mukasey, Attorney General; Robert Culley, Deputy Field Office Director, San Diego/California, U.S. Immigration and Custom Enforcement; Robert G Rillamas, Officer-in-Charge, El Centro Detention Center

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07cv2359-DMS-POR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Ninth Circuit has denied Petitioner Kamal Morsy Ismaiels' petitions for review, and Petitioner has since been repatriated to Egypt. The Petition for writ of habeas corpus is therefore denied as moot.

| February 6, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L Odierno
(By) Deputy Clerk
ENTERED ON February 6, 2008

07cv2359-DMS-POR

